lawfulness of discharges because of both protected and unprotected activities, for it is certain that an employer having a right to discharge employees for an unprotected activity may not discharge them for a discriminatory reason without violating Section 8(a) (3) of the Act. N. L. R. B. v. Wallick, supra. Cf. N. L. R. B. v. E. A. Laboratories, Inc., 2 Cir., 188 F.2d 885. But unlike the Wallick case, this record does not show that the ten employees involved here have ever unconditionally offered to return to work since leaving their jobs to engage in an unprotected activity. Although discriminatorily discharged while thus engaged, we do not think it would effectuate the purposes of the Act to make them whole from the time they illegally left their employment. Instead, we think that the purposes of the Act will be served by reinstatement upon their unconditional offer to return.

The order of the Board, as thus modified, will be enforced, provided that the respondent, its successors, transferees or assigns is in existence and comparable jobs are available. These are matters which the Board may appropriately determine upon remand.

John P. Dowling, New Orleans, La., for appellant.

John N. McKay, U. S. Atty., New Orleans, La. (Douglas P. Lillis, Acting Dist. Adjudications Officer, Immigration and Naturalization Service, Miami, Fla.), for appellee.

Before HOLMES, BORAH and RIVES, Circuit Judges.

PER CURIAM.

The order denying the petition for naturalization is affirmed because there is outstanding against the petitioner a final finding of deportability, 8 U.S.C.A. § 729(c),[1] Heikkila v. Barber, 345 U.S. 229, 73 S.Ct. 603; Spinella v. Savoretti, 5 Cir., 201 F.2d 364; United States ex rel. Jankowski v. Shaughnessy, 2 Cir., 186 F.2d 580.

Affirmed.

**BANKS v. UNITED STATES.**

No. 14468.

United States Court of Appeals, Fifth Circuit.

May 19, 1953.

**INTERNATIONAL NICKEL CO., Inc. v. MARTIN J. BARRY, Inc.**

No. 6579.

United States Court of Appeals Fourth Circuit.

Argued April 17, 1953.

Decided May 15, 1953.

1. Sec. 329(c) of the Nationality Act of 1940, as amended by Sec. 27 of the Internal Security Act of 1950, 64 Stat. 1015.